# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# FLORENCE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| | ) CASE NUMBER: 4:09CR00068-RBH |
| VS. | ) |
| Alan L. Berry, a/k/a Alan Lenneau Berry | ) ORDER |
| and | ) |
| Sheila Berry, a/k/a Sheila J. Berry | ) |

The jury having returned its verdict, the Clerk of Court is hereby authorized to return all exhibits to the parties introducing them.

**IT IS FURTHER ORDERED** that the parties are to maintain the exhibits intact as returned until the time of filing an appeal has expired.

**IT IS SO ORDERED.**

_____
R. Bryan Harwell
**UNITED STATES DISTRICT JUDGE**

Florence, South Carolina
March 26, 2010

---

Receipt is hereby acknowledged of the designated exhibits introduced in evidence in the above-captioned case by the Government/Defendant(s).

Attorney(s) _____